**Order entered January 19, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01041-CV

### VSDH VAQUERO VENTURE, LTD., EVAN L. SHAW AND DOUGLAS M. HICKOK, Appellants/Cross-Appellees

### V.

### KEN GROSS AND BETSY GROSS, Appellees/Cross-Appellants

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-05232-A**

## ORDER

Before the Court is appellees/cross-appellants' January 17, 2017 motion for extension of time to file their brief. We **GRANT** appellees/cross-appellants' motion and **ORDER** the brief received on January 17, 2017 filed as of the date of this order.

/s/    CRAIG STODDART
       JUSTICE